**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 NOV 18 PM 4: 14

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LIBAN HASSAN and YUSUF XASAN,<br><br>  Defendant. | 8:14CR 398<br><br>INDICTMENT<br>18 U.S.C. § 1951<br>18 U.S.C. § 2 |

The Grand Jury charges that

## COUNT I

On or about May 18, 2014, in the District of Nebraska, LIBAN HASSAN and YUSUF XASAN, Defendants did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined by Title 18, United States Code, Section 1951, in that the defendants LIBAN HASSAN and YUSUF XASAN did unlawfully take and obtain personal property consisting of United States currency and cigarettes from M.S., an employee working at Kum & Go, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person; that is, LIBAN HASSAN and YUSUF XASAN were two of four individuals who entered Kum & Go, one of whom acted as if he had a firearm, and demanded cigarettes from the employee.

In violation of Title 18, United States Code, Section 1951 and Title 18, United States Code, Section 2.

A TRUE BILL.

████████████
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
SUSAN T. LEHR
Assistant United States Attorney