IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LIBAN HASSAN,

Defendant.

8:14CR398

SUPPLEMENTAL WITNESS LIST

Plaintiff submits the following list of witnesses it may call in the above-captioned matter:

1.    Scott Orsi, Omaha Police Department

2.    Jonathan Robitaille, Federal Bureau of Investigation

3.    John Hallock, Federal Bureau of Investigation

4.    Yusuf Xasan, Omaha

5.    Michael Snavely, Omaha

6.    Kristen Smith, Omaha Police Department

7.    James Brady, Omaha Police Department

8.    Caleb Lowrey, Remedy Intelligence Staffing.

9.    Any and all witnesses designated by the other parties in this matter.

UNITED STATES OF AMERICA, Plaintiff

DEBORAH R. GILG
United States Attorney
District of Nebraska

By:    *s/ Susan T. Lehr*
SUSAN T. LEHR, #19248
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 661-3084
E-mail:  susan.lehr@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on August 5, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: **Jeremy Jorgenson**, Attorney at Law, and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants: NONE

*s/ Susan T. Lehr*
Assistant U.S. Attorney